## BOSWORTH *v.* SUMTER REAL ESTATE CO.

*Lumpkin, J.*—The essence of the building and loan association principle is mutual participation in the profits and losses on terms of perfect equality, each member having, under the same conditions, the rights and obligations of every other member. This principle was exemplified and carried out in the transaction involved in the present case, and it follows as a consequence that the debt in question was not usurious.
                                        *Judgment affirmed.*

Submitted June 15,—Decided November 30, 1896.

Complaint for land. Before Judge Fish. Sumter superior court. May term, 1895.

*Allen Fort* and *J. E. D. Shipp*, for plaintiff in error.
*J. H. Lumpkin*, contra.